SCWC-11-0000151

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ASSOCIATION OF APARTMENT OWNERS OF DISCOVERY BAY,
Respondent/Plaintiff-Appellee,
vs.
RALPH MITCHELL, Petitioner/Defendant-Appellant, and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE
GOVERNMENTAL AGENCIES 1-10; DOE ENTITIES 1-10, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000151; CIV. NO. 10-1-1871-08)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Defendant-Appellant Ralph Mitchell's application for writ of certiorari filed on April 23, 2014, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, June 4, 2014.

Lila Barbara Kanae
for petitioner

Terrance M. Revere and
Malia R. Nickison-Beazley
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

